IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| CLAUDIA WASHINGTON, | : | CASE NO.: 7:18-cr-61 (WLS-TQL) |
| | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**ORDER**

The above-styled action is currently set for trial in the February 2022 trial term of the Valdosta Division of this Court. On January 3, 2022, counsel for Defendant Claudia Washington informed the Court that Defendant Washington intends to enter a plea to the indictment in this case. (Doc. 54.) Accordingly, counsel is hereby **ORDERED** to confer and contact Courtroom Deputy Gloria Anderson **no later than Friday, January 14, 2022** to schedule a hearing for a change of plea in the Valdosta Division of this Court for the week of February 14, 2022.

**SO ORDERED,** this 5th day of January 2022.

                                                       /s/ W. Louis Sands
                                                       **W. LOUIS SANDS, SR. JUDGE**
                                                       **UNITED STATES DISTRICT COURT**